IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | |
|---|---|
| MARIA MOORE, )<br><br>    Plaintiff, )<br> )<br> )<br> v. )<br> )<br>CRISTEN NICOLE )<br>CARMICHAEL and DAN )<br>CARMICHAEL, )<br> )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:09cv534-MHT<br>(WO) |

## JUDGMENT

The court having been informed that this cause is now

settled, it is the ORDER, JUDGMENT, and DECREE of the

court that this lawsuit is dismissed in its entirety with

prejudice, with the parties to bear their own costs and

with leave to the parties, within 49 days, to stipulate

to a different basis for dismissal or to stipulate to the

entry of judgment instead of dismissal, and with leave to

any party to file, within 49 days, a motion to have the

dismissal set aside and the case reinstated or the

settlement    enforced,    should    the    settlement    not    be

consummated.

It is further ORDERED that all outstanding motions

are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of July, 2010.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE